**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK, INC.,<br><br>Defendant. | Civil Action No. 22-cv-03482-ZNQ-RLS |

**FINAL JUDGMENT ORDER**

The Court having entered an Order on May 31, 2023 dismissing the United States Equal Employment's Opportunity Commission's ("EEOC") Complaint without prejudice with leave to file an (ECF No. 15); and the Court having provided the EEOC with leave to file an Amended Complaint within 30 days of the Order; and the EEOC having notified the Court that it does not intend to file an Amended Complaint; and the Court having entered an Order Dismissing the EEOC's Complaint with Prejudice:

**IT IS HEREBY ORDERED AND ADJUDGED** this  14th  day of ___June___, 2023 that **JUDGMENT** is hereby entered in favor of Defendant Novo Nordisk, Inc., and against Plaintiff Equal Employment Opportunity Commission; and

**IT IS FURTHER ORDERED** that the final judgment of this Court be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of the Court is hereby instructed to mark this case **CLOSED**.

_____s/ Zahid N. Quraishi_____
**ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE**